In the Matter of ONONDAGA COUNTY, COMMISSIONER OF SOCIAL SERVICES, Assignee on Behalf of LARHONDA S. CAVER, Respondent, v MICHAEL A. COMER, Appellant. (Appeal No. 1.) [932 NYS2d 757]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.

 In the Matter of ONONDAGA COUNTY, COMMISSIONER OF SOCIAL SERVICES, Assignee on Behalf of SOCORRO MIRANDA, Respondent, v MICHAEL A. COMER, Appellant. (Appeal No. 2.) [932 NYS2d 757]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.